IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MARQUISE ROBBINS, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | NO. 5:14-CV-00134-MTT-MSH |
| | : | |
| IKECHUKWU AKUNWANNE, et. al. | : | |
| | : | PROCEEDINGS UNDER 42 U.S.C. §1983 |
| Defendants | : | BEFORE THE U. S. MAGISTRATE JUDGE |
| _____ | | |

## ORDER ON MOTIONS

Plaintiff **MARQUISE ROBBINS**, a state prisoner currently confined at Baldwin State Prison in Hardwick, Georgia, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 and seeks to proceed without prepayment of the filing fee or security therefor pursuant to 28 U.S.C. & 1915(a).  Plaintiff has also moved for the appointment of counsel.

Based on his submissions, the Court finds that Plaintiff is unable to pre-pay the entire $350.00 filing fee at this time.  Plaintiff's Motion to Proceed *in forma pauperis* (ECF No. 2) is thus **GRANTED**, and the initial partial filing fee required by 28 U.S.C. § 1915(b)(1) will be waived.  This does not mean that the entire filing fee is waived, however.  Plaintiff is still required to pay the full amount of the $350.00 filing fee, as will be directed in a future order. *See* 28 U.S.C. § 1915(b).  The Court's filing fee is not refundable, regardless of the outcome of Plaintiff's case.

1

Plaintiff's Motion to Appoint Counsel (ECF No. 3) is premature, however. The Court cannot properly evaluate Plaintiff's need for counsel until it has an opportunity to conduct a preliminary review of his Complaint, as required by 28 U.S.C. § 1915A(a), and review the responsive pleadings. If, at that point, it is apparent that counsel should be appointed in this case, because of either the complexity of the issues or their novelty, *Poole v. Lambert*, 819 F.2d 1025 (11th Cir. 1987), the Court will entertain a renewed motion. Until then, Plaintiff's requests for court-appointed counsel will be **DENIED**.

**SO ORDERED**, this 19th day of May, 2014.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE