IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARQUISE ROBBINS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-134 (MTT) |
| IKECHUKWU AKUNWANNE, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Stephen Hyles. (Doc. 9). The Magistrate Judge recommends the Court dismiss the Plaintiff's claims against Defendant Speights as well as any Fourteenth Amendment due process claims he has alleged following a preliminary screening of his original complaint (Doc. 1) under 28 U.S.C. § 1915A.[1]

The Plaintiff filed an objection to the Magistrate Judge's Recommendation. (Doc. 12). The Court has reviewed the Recommendation and the Plaintiff's objection. The Recommendation is adopted and made the **ORDER** of the Court. The Plaintiff's claims against Defendant Speights are **dismissed without prejudice**. Any substantive due process claims the Plaintiff was attempting to bring under the Fourteenth Amendment are **dismissed with prejudice**. The Plaintiff's claims against the remaining Defendants will proceed as ordered by the Magistrate Judge.

---

[1] The Plaintiff, without leave of the Court, filed an amended complaint on July 14, 2014. (Doc. 17). Neither this Order nor Judge Hyles's Recommendation addresses the amended complaint.

**SO ORDERED**, this 18th day of July, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
