IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARQUISE ROBBINS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-134 (MTT) |
| IKECHUKWU AKUNWANNE, *et. al.*, | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Recommendation (Doc. 19) of Magistrate Judge Stephen Hyles to dismiss the Plaintiff's newly added claims in his amended complaint. (Doc. 17). The Magistrate Judge recommends dismissing these claims with prejudice because the Plaintiff failed to state a claim under the American Disabilities Act ("ADA") by making conclusory allegations. Further, the Plaintiff cannot state a claim against employees of a state agency in their individual capacities. The Plaintiff did not object to the Recommendation.[1]

The Court has reviewed the Recommendation, and the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the Order of this Court. Accordingly, the Plaintiff's newly added claims are **DISMISSED** with prejudice.

**SO ORDERED**, this 22nd day of September, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Although the Plaintiff filed an untimely response to the Defendants' motion to dismiss following the Recommendation (Doc. 28), he did not object to the Recommendation itself.