IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARQUISE ROBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-134 (MTT) |
| | ) |
| IKECHUKWU AKUNWANNE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Recommendation of United States Magistrate Judge Stephen Hyles (Doc. 35) on the Plaintiff's construed second and third motions to amend (Docs. 24; 27), the Defendants' motion to dismiss (Doc. 20), and the Plaintiff's motion for miscellaneous relief (Doc. 13). The Magistrate Judge recommends granting in part and denying in part the Plaintiff's second motion to amend and denying his third motion to amend.[1] The Magistrate Judge recommends granting the Defendants' motion to dismiss because the Plaintiff (1) failed to exhaust administrative remedies as to the claims against Unit Manager Smith and Sergeant Williams and any claim against Dr. Akunwanne and Nurse Endres that arose after April 1, 2013,[2] and (2) failed to state claims for deliberate indifference to serious medical needs against Dr. Akunwanne and

---

[1] The Court agrees with the recommendations regarding the construed motions to amend, and no party objects to this portion of the Recommendation. Accordingly, the Court **ADOPTS** these recommendations.

[2] The Court agrees the Plaintiff has failed to exhaust administrative remedies as to these claims, and the Plaintiff does not object to this portion of the Recommendation. Accordingly, the Court **ADOPTS** the Recommendation as to these claims.

Nurse Endres that arose before April 1, 2013.[3] The Magistrate Judge recommends denying the Plaintiff's motion for miscellaneous relief as moot.

The Plaintiff has objected to the portion of the Recommendation regarding the claims for deliberate indifference against Dr. Akunwanne and Nurse Endres that arose before April 1, 2013.  (Doc. 36).  The Defendants have responded, and the Plaintiff has replied to this response.  (Docs. 37; 39).  Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Plaintiff's objection and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects.  The Court agrees with the Magistrate Judge that the Plaintiff has failed to state claims for deliberate indifference against Dr. Akunwanne and Nurse Endres that arose before April 1, 2013, for the reasons stated in the Recommendation.[4]

The Court has reviewed the Recommendation, and the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.  Thus, the Recommendation is **ADOPTED** and made the order of the Court.  Accordingly, the Plaintiff's second motion to amend is **GRANTED in part and DENIED in part**, and the third motion to amend is **DENIED**.  The Defendants' motion to dismiss is **GRANTED**.  The Plaintiff's motion for miscellaneous relief is **DENIED** as moot.

**SO ORDERED**, this 2nd day of March, 2015.

> S/ Marc T. Treadwell
> MARC T. TREADWELL, JUDGE
> UNITED STATES DISTRICT COURT

---

[3] On April 1, 2013, the Plaintiff filed grievance number 147113 in which he complains about Dr. Akunwanne's and Nurse Endres's medical treatment.

[4] Because the Court agrees these claims should be dismissed for failure to state a claim, it is not necessary to address the Magistrate Judge's conclusion that the Plaintiff exhausted his administrative remedies as to these claims.